Bovee Transmission Corporation for the use of Harry T. Carroll, appellee, v. Chicago Trust Company, appellant. Gen. No. 34,099.

Heard in the third

division of this court for the first district at the February term, 1930. ▌ Opinion filed December 10, 1930. Rehearing denied January 5, 1931.

Defrees, Buckingham, Jones & Hoffman, for appellant; Don Kenneth Jones and Robert E. Wright, of counsel. Eugene F. Jewett, for appellee; Henry C. Nichols, of counsel.

Mr. Justice Friend delivered the opinion of the court.